# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 88-519 |
| | : | |
| ROBERT SMITH, | : | |
| *Defendant/Petitioner*. | : | |

## ORDER

**AND NOW**, this 10th day of January, 2022, upon consideration of Defendant/Petitioner's Motion to Reduce Sentence Under the First Step Act (ECF No. 181), it is hereby **ORDERED** that said Motion is **DENIED**. Should Plaintiff wish to re-file a Motion for Compassionate release, he shall have **sixty (60) days** from the date of this Order to do so.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.