IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| ROBERT SMITH | NO. 88-519 |

### O R D E R

**AND NOW**, this 31st day of December, 2025, upon consideration of Defendant Robert Smith's ("Defendant") Motion to Reduce Sentence (ECF No. 193-1), the Government's Response in Opposition (ECF No. 195), and Defendant's four Supplements to his Motion (ECF Nos. 199, 200, 204, 206) and three Motions to Seal the Supplements (ECF Nos. 201, 205, & 207), it is **HEREBY ORDERED** that Defendant's Motion to Reduce and Motions to Seal are **DENIED**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**